THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leroy House,       
Appellant.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-211
Submitted January 29, 2003 - Filed March 
 19, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of  the South 
 Carolina Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Leroy House (Appellant) was 
 convicted of one count of criminal domestic violence of a high and aggravated 
 nature.  He was sentenced to ten years in prison, suspended upon the service 
 of three years incarceration and five years probation.
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.      
APPEAL DISMISSED. [1] 
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.